IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERBERT JACK GOLDEN; )
)
    Plaintiff, )
)
v. ) Civil Action No.: 2:08-CV-70-WKW
)
SUN LIFE FINANCIAL, INC.; et al. )
)
    Defendants. )

**PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, Herbert Jack Golden, pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 and states as follows:

    Plaintiff has no reportable relationships.

                                                    Respectfully submitted,

                                                    Thomas O. Sinclair
                                                    Attorney for Plaintiff

OF COUNSEL:
Thomas O. Sinclair
Jenifer Champ Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:   (205) 803-0051
Fax:  (205) 803-0053
E-mail:  jwallis@cgl-law.com
E-mail:  tsinclair@cgl-law.com