# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| HERBERT JACK GOLDEN; | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| Plaintiff, | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| SUN LIFE FINANCIAL, INC.; et al.; | ) | 2:08-CV-70-WKW |
| | ) | |
| Defendant. | ) | |

TO DEFENDANT : _____

Sun Life Financial, Inc., The Corporation Trust Company, 1209 Orange Street, Wilmington, DE, 19801

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas O. Sinclair, Campbell, Gidiere, Lee, Sinclair & Williams, 2100A Southbridge Parkway, Suite 450, Birmingham, Alabama 35209

_____

a response to the complaint which is herewith served upon you, within **20** days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: 2-1-08

DEBRA HACKETT, CLERK

By: _____

Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

7003 1680 0001 9817 7174

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| HERBERT JACK GOLDEN; | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| Plaintiff, | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| SUN LIFE FINANCIAL, INC.; et al.; | ) | |
| | ) | 2:0ᶝ-CV- 70-WKW |
| Defendant. | ) | |

TO DEFENDANT : _____

Sun Life Assurance Company of Canada., The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109
_____

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas O. Sinclair, Campbell, Gidiere, Lee, Sinclair & Williams, 2100A Southbridge Parkway, Suite 450, Birmingham, Alabama 35209

_____

a response to the complaint which is herewith served upon you, within **20** days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: _2 · 1 - 08_____

DEBRA HACKETT, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

7003 1680 0001 9817 7167

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

HERBERT JACK GOLDEN;                      )      **Summons**
                                          )      **(Issued pursuant to Rule 4 of**
                                          )      **the Federal Rules of Civil**
                          **Plaintiff,**  )      **Procedure or other appropriate**
                                          )      **law.)**
            v.                            )
                                          )      **CIVIL ACTION CASE NUMBER:**
SUN LIFE FINANCIAL, INC.; et al.;         )
                                          )        2:08-CV-70-WKW

DEFENDANT :   _____

Peer Review Analysis, Inc. , The Corporation Trust Company, 1209 Orange Street, Wilmington, DE,
19801

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas O. Sinclair, Campbell, Gidiere, Lee, Sinclair & Williams, 2100A Southbridge Parkway, Suite
450, Birmingham, Alabama 35209

a response to the complaint which is herewith served upon you, within **20** days after
service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO,
JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF
DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed
with the court.

DATE: 2-1-08

DEBRA HACKETT, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be
       prepared for each defendant.

7003 1680 0001 7817 7143

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **HERBERT JACK GOLDEN;** | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| **Plaintiff,** | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| **v.** | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| **SUN LIFE FINANCIAL, INC.; et al.;** | ) | |
| | ) | *2:08- CV- 70-WKW* |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

TO DEFENDANT : _____

MCMC, LLC. , Registered Agent Solutions, Inc., 32 W. Loockerman St., Suite 201, Dover, DE, 19904

_____

_____

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas O. Sinclair, Campbell, Gidiere, Lee, Sinclair & Williams, 2100A Southbridge Parkway, Suite 450, Birmingham, Alabama 35209

_____

a response to the complaint which is herewith served upon you, within **20** days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: *2 -1-08*

DEBRA HACKETT, CLERK

By: _____

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be
        prepared for each defendant.

*7003 1680 0001 9817 7150*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| HERBERT JACK GOLDEN; | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| Plaintiff, | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| SUN LIFE FINANCIAL, INC.; et al.; | ) | 2:08-CV-70 WKW |
| | ) | |
| Defendant. | ) | |

TO DEFENDANT : _____

The Seydel Companies Employee Benefit Plan, 244 John B. Brooks Road, P.O. Box 169, Pendergrass, CA 30567

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas O. Sinclair, Campbell, Gidiere, Lee, Sinclair & Williams, 2100A Southbridge Parkway, Suite 450, Birmingham, Alabama 35209

_____

a response to the complaint which is herewith served upon you, within **20** days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: _2-1-08_

DEBRA HACKETT, CLERK

By: _____

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

7003 1680 0000 9817 7181