**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Sun Life Assurance Company of Canada**
   The Corporation Company
   2000 Interstate Park Drive, Suite 204
   Montgomery, AL 36109

2. Article Number
   (Transfer from service label)       7003 1680 0001 9817 7167

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   The Corporation Company   2/8/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:08 CV 70
   S/C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540