| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Gail Stover*    ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  2-7-08 |
| 1. Article Addressed to:<br><br>**Seydel Companies Employee Benefit Plan**<br>244 John B. Brooks Road<br>P.O. Box 169<br>Pendergrass, CA  30567 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>2:08CV70<br>S+C<br><br>Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7003 1680 0001 9817 7181 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540