IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SUN LIFE FINANCIAL, INC., SUN LIFE ASSURANCE COMPANY OF CANADA, PEER REVIEW ANALYSIS, INC., MCMC, LLC, THE SEYDEL COMPANIES EMPLOYEE BENEFIT PLAN, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 2:08-CV-70-WKW

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Standing Order 00-3047 of the Middle District of Alabama and Fed. R. Civ. P. 7.1, Defendants, Sun Life Assurance Company of Canada and Sun Life Financial, Inc. submit this, their Corporate Disclosure Statement.

Sun Life Assurance Company of Canada is a member of the Sun Life Financial group of companies. Its publicly traded parent company, Defendant Sun Life Financial, Inc. is based in Toronto, Canada and trades on the Toronto (TSX), New York (NYSE) and Phillipine (PSE) stock exchanges under the ticker symbol SLF. The following entities are

subsidiaries or affiliates of the defendants operating in the United States that could potentially pose a financial or professional conflict for a judge:

    Massachusetts Financial Services Company (a/k/a MFS Investment Management)
    Sun Capital Advisers, LLC
    Sun Life Assurance Company of Canada (U.S.)
    Sun Life Insurance and Annuity Company of New York
    Independence Life and Annuity Company
    Professional Insurance Company
    Sun Life and Health Insurance Company (U.S.) (f/k/a Genworth Life and Health Insurance Company)
    California Dental Benefits Plan
    Sun Life Retirement Services (U.S.), Inc.

Submitted this the 26th day of February, 2008.

    /s/ David B. Hall
    David B. Hall
    Julie C. Metheny

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Thomas O. Sinclair
Jennifer Champ Wallis
CAMPBELL, GIDIERE, LEE,
  SINCLAIR & WILLIAMS
2100-A Southbridge Pkwy., Ste. 450
Birmingham, AL  35209

                                                /s/  David B. Hall
                                                OF COUNSEL

B KDH 774848 v1
2787711-000014 2/26/2008