# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HERBERT JACK GOLDEN,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SUN LIFE FINANCIAL, INC.;** | ) **Civil Action No.** |
| **SUN LIFE ASSURANCE** | ) **2:08-cv-070** |
| **COMPANY OF CANADA; PEER** | ) |
| **REVIEW ANALYSIS, INC.;** | ) |
| **MCMC, LLC; THE SEYDEL** | ) |
| **COMPANIES EMPLOYEE** | ) |
| **BENEFIT PLAN,** | ) |
| Defendants. | ) |

## DEFENDANT'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE ANSWER

Comes now Defendant The Seydel Companies Employee Benefit Plan ("Defendant"), by and through the undersigned counsel of record, and moves this Court for an extension until **March 12, 2008**, to file its answer to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Defendant was served with the Summons and Complaint on February 7, 2008;

2. Currently, the deadline for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint is February 27, 2008;

3. The time in which Defendant has to file an Answer or otherwise respond to Plaintiff's Complaint has not expired;

4. Defendant needs additional time within which to investigate the allegations of Plaintiff's Complaint and properly answer or otherwise respond to that Complaint; and

5. Plaintiff's counsel has consented to the granting of this extension.

WHEREFORE, Defendant respectfully moves the Court for an Order extending the time in which it may file an answer or otherwise respond to Plaintiff's Complaint up to and including March 12, 2008.

        Respectfully Submitted,

        s/Charles A. Stewart III
        Charles A. Stewart III (STE067)
        Bradley Arant Rose & White LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        cstewart@bradleyarant.com

    -and-

Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
adriscoll@bradleyarant.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Thomas O. Sinclair
>Jenifer Champ Wallis
>Campbell, Gidiere, Lee, Sinclair & Williams
>2100-A SouthBridge Parkway, Suite 450
>Birmingham, AL  35209
>
>David B. Hall
>Julie C. Metheny
>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
>420 North 20th Street, Suite 1600
>Birmingham, AL  35203

and I hereby certify that I have mailed by United States Postal Service on this 27th day of February, 2008 the document to the following non-CM/ECF participants:

>MCMC, LLC
>Registered Agent Solutions, Inc.
>32 W. Loockerman Street, Suite 201
>Dover, DE  19904
>
>Peer Review Analysis, Inc.
>The Corporation Trust Company
>Corporation Trust Center
>1209 Orange Street
>Wilmington, DE  19801

>>s/Charles A. Stewart III
>>Charles A. Stewart III
>>One of the Attorneys for Defendants