IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HERBERT JACK GOLDEN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-70-WKW ) |
| **SUN LIFE FINANCIAL, INC., SUN LIFE ASSURANCE COMPANY OF CANADA, PEER REVIEW ANALYSIS, INC., MCMC, LLC, THE SEYDEL COMPANIES EMPLOYEE BENEFIT PLAN,** | ) ) ) ) ) ) ) |
| Defendants. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

Defendant **The Seydel Companies Employee Benefit Plan** hereby reports the following entities under the provisions of the Middle District of Alabama's General Order No. 3047:

Seydel – Woolley & Co. (corporation)
Chemol Company, Inc. (corporation)
Atlanta Overseas (corporation)
Atlanta Disc (corporation)

Respectfully submitted,

s/Charles A. Stewart III
Charles A. Stewart III (asb-4955-a56c)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  cstewart@bradleyarant.com

-and-

Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
adriscoll@bradleyarant.com

ATTORNEYS FOR THE SEYDEL COMPANY

CERTIFICATE OF SERVICE

       I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David B. Hall, Esq.
    Julie C. Metheny, Esq.
    Baker, Donelson, Bearman, Caldwell,
      & Berkowitz, P.C.
    420 North 20th Street, Suite 1600
    Birmingham, AL  35203

    Thomas O. Sinclair, Esq.
    Jennifer Champ Wallis, Esq.
    Campbell, Gidiere, Lee, Sinclair,
      & Williams
    2100-A Southbridge Pkwy., Suite 450
    Birmingham, AL  35209

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    MCMC, LLC
    Registered Agent Solutions, Inc.
    32 W. Loockerman Street, Suite 201
    Dover, DE  19904

    Peer Review Analysis, Inc.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE  19801

                                Respectfully submitted,

                                s/ Charles A. Stewart III
                                Charles A. Stewart III (ASB-4955-A56C)
                                Bradley Arant Rose & White LLP
                                The Alabama Center for Commerce
                                401 Adams Avenue, Suite 780
                                Montgomery, AL 36104
                                Telephone: (334) 956-7700
                                Facsimile: (334) 956-7701
                                E-mail: cstewart@bradleyarant.com