IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-070-WKW |
| ) | |
| SUN LIFE FINANCIAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion to Extend Time to File Answer (Doc. # 10), it is ORDERED that the motion is GRANTED. Defendant The Seydel Companies Employee Benefit Plan's deadline to file its answer is extended from February 27, 2008 to **March 12, 2008.**

DONE this 28th day of February, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE