IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SUN LIFE FINANCIAL, INC., SUN LIFE ASSURANCE COMPANY OF CANADA, PEER REVIEW ANALYSIS, INC., MCMC, LLC, THE SEYDEL COMPANIES EMPLOYEE BENEFIT PLAN, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 2:08-CV-70-WKW

## **MOTION FOR *PRO HAC VICE* ADMISSION**

David B. Hall of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. hereby moves that Christopher Morris be admitted *pro hac vice* as additional counsel for Defendants Sun Life Assurance Company of Canada and Sun Life Financial, Inc. and further states as follows in support of this motion:

1. Mr. Morris is an attorney with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., One American Place, 301 N. Main St., Ste. 810, Baton Rouge, Lousiana 70825. The firm's telephone number is (225) 381-7000. The firm's number for facsimile transmissions is (225) 343-3612. Mr. Morris's email address is cmorris@bakerdonelson.com.

2. Mr. Morris is a member in good standing of the Bar of the United States District Court for the Middle District of Louisiana as is evidenced by the attached Certificate of Good Standing.

3. Mr. Morris is co-counsel with the undersigned counsel, located at 420 Twentieth Street North, Wachovia Tower, Suite 1600, Birmingham, Alabama 35203.

4. This application is accompanied by payment of the prescribed $50.00 fee.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of Christopher Morris.

Submitted this the 11th day of March, 2008.

/s/ David B. Hall
David B. Hall
Julie C. Metheny

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Thomas O. Sinclair
Jennifer Champ Wallis
CAMPBELL, GIDIERE, LEE,
  SINCLAIR & WILLIAMS
2100-A South
bridge Pkwy., Ste. 450
Birmingham, AL  35209

                                        /s/  David B. Hall
                                        OF COUNSEL

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

# CERTIFICATE OF GOOD STANDING

I, **Nick J. Lorio**, Clerk of the United States District Court for the Middle District of Louisiana,

**DO HEREBY CERTIFY** that **CHRISTOPHER G. MORRIS** was duly admitted to practice in said Court on **April 23, 2007** and is in good standing as a member of the bar of said Court.

**As of this date no disciplinary actions have been filed in this Court.**

Dated at Baton Rouge, Louisiana on February 27, 2008

NICK J. LORIO, CLERK

By: *Beth Perry*
Deputy Clerk