IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HERBERT JACK GOLDEN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CASE NO. 2:08-cv-70-WKW |
| **SUN LIFE FINANCIAL, INC.,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Motion for Admission Pro Hac Vice of Christopher Morris (Doc. # 13) filed on March 11, 2008, it is ORDERED that the motion is GRANTED.

Done this 12th day of March, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE