```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004298
Cashier ID: brobinso
Transaction Date: 03/13/2008
Payer Name: BAKER DONELSON BEARMAN
-------------------------------------
PRO HAC VICE
 For: CHRISTOPHER G MORRIS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
-------------------------------------
CHECK
 Check/Money Order Num: 418883
 Amt Tendered:   $50.00
-------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00
```

2:08cv70