IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

HERBERT JACK GOLDEN,  )
                     )
     Plaintiff,      )
                     )
v.                   )   CASE NO. 2:08-cv-70-WKW-TFM
                     )
SUN LIFE FINANCIAL, INC., et al.,  )
                     )
     Defendants,     )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW MCMC, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| MCMC HOLDINGS, LLC | MEMBER |

3/31/2008
Date

/s/ Steven F. Casey
(Signature)

STEVEN F. CASEY
(Counsel's Name)

MCMC, LLC
Counsel for (print names of all parties)

P.O. Box 306
Birmingham, AL 35201
Address, City, State Zip Code

(205) 251-8100
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

I, STEVEN F. CASEY, do hereby Certify that a true and correct copy of the foregoing has been furnished by First Class, U.S. Mail, postage pre-paid (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31st day of March 20 08, to:

Jennifer C. Wallis, Campbell Gidiere, et al., 2100-A SouthBridge Pkwy, Ste. 450 Birmingham, AL 35209-1303

Amelia T. Driscoll  Bradley, Arant, Rose & White, 1819 5th Avenue North, Birmingham, AL 35203

Christopher G. Morris, Baker, Donelson, et al., 301 N. Main St., Ste. 810, Baton Rouge, LA 70825

David B. Hall, Baker Donelson, et al., 420 20th Street N., Ste. 1600, Birmingham, AL 35203

Peer Review Analysis, Inc. The Corporation Trust Company  Corporation Trust Center  1209 Orange Street  Wilmington, DE 19801

3/31/2008                                         /s/ Steven F. Casey
Date                                              Signature