# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN; | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:08-cv-70-WKW |
| | ) |
| SUN LIFE FINANCIAL, INC.; | ) |
| SUN LIFE ASSURANCE COMPANY OF | ) |
| CANADA; | ) |
| PEER REVIEW ANALYSIS, Inc.; | ) |
| MCMC, LLC; | ) |
| | ) |
|     Defendants. | ) |

## <u>MOTION TO DISMISS PEER REVIEW ANALYSIS, INC.</u>

COMES NOW the Plaintiff, Herbert Jack Golden, and files this Motion to Dismiss <u>Without Prejudice</u> Peer Review Analysis, Inc.  Defendant MCMC, LLC, has indicated that Peer Review Analysis, Inc., which is named as a Defendant in this matter, is merely a division of MCMC, LLC, rather than a distinct and separate legal entity.  *See* Doc. No. 22.

Wherefore, Plaintiff respectfully requests this Honorable Court DISMISS WITHOUT PREJUDICE Peer Review Analysis, Inc.

Respectfully submitted,

<u>/s/ Jenifer Champ Wallis</u>
Jenifer Champ Wallis
One of the Attorneys for Plaintiff

Thomas O. Sinclair
Jenifer Champ Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:    (205) 803-0051
Fax:   (205) 803-0053
E-mail:  jwallis@cgl-law.com
E-mail:  tsinclair@cgl-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was electronically filed on April 15, 2008, with the Clerk of this Court using the CM/ECF system which should automatically send email notification of such filing to the following attorneys of record:

Christopher Morris

David Hall

Steven Casey

Julie Cottingham Methany


                                        <u>/s/ Jenifer Champ Wallis</u>