IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SUN LIFE FINANCIAL, INC.; SUN ) | Civil Action No. 2:08-cv-70-WKW |
| LIFE ASSURANCE COMPANY OF ) | |
| CANADA; PEER REVIEW ANALYSIS, ) | |
| INC.; MCMC, LLC; THE SEYDEL ) | |
| COMPANIES EMPLOYEE BENEFIT ) | |
| PLAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MANUAL ATTACHMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Sun Life Financial, Inc. and Sun Life Assurance Company of Canada (collectively "Sun Life"), and submit this Notice of Manual Attachment with respect to the Administrative Record in this matter. The Administrative Record is too voluminous to file electronically and, further, is exempted from the Court's electronic filing order pursuant to CM/ECF Civil Administrative Procedures section IV(A)(1). Accordingly, on the date hereof, Sun Life has mailed a copy of the Administrative Record to the Clerk of Court for filing, and also mailed a service copy to opposing counsel.

1

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


s/ Christopher G. Morris
David Hall (AL #HAL052)
Christopher G. Morris (LA #28847)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
301 N. Main Street, Suite 810
Baton Rouge, Louisiana 70825
Telephone:  (225) 381-7000
Facsimile:  (225) 343-3612
E-mail:  dhall@bakerdonelson.com
E-mail:  cmorris@bakerdonelson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties/counsel indicated on the electronic filing receipt, including those listed below. All other parties, if any, will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

> Thomas O. Sinclair
> Jenifer Champ Wallis
> Campbell, Gidiere, Lee
>   Sinclair & Williams
> 2100-A South Bridge Parkway
> Suite 450
> Birmingham, AL  35209

                                                s/Christopher G. Morris
                                                Christopher G. Morris

BA JFD 14791 v1
2787711-000014