IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-070-WKW |
| ) | |
| SUN LIFE FINANCIAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The 26(f) Report (Doc. # 22) filed by the parties is currently before the court. In that report, the parties disagree whether this case should be decided on the briefs and whether discovery is needed. It is ORDERED that the parties shall show cause in writing **on or before May 1, 2008**, why this case should not be decided on the pleadings, briefs, and exhibits. It is further ORDERED that the plaintiff shall show cause in writing **on or before May 1, 2008**, why discovery is needed, what information the plaintiffs expect to obtain from discovery, and what type of discovery is needed, including whether and how many depositions, interrogatories, and requests for production will be used.

DONE this 17th day of April, 2008.

                                                  /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE