IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-070-WKW |
| ) | |
| SUN LIFE FINANCIAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is presently before the court on Defendnat's Motion for Leave to File Reply in Support of its Response to the Court's April 17, 2008 Briefing Order (Doc. # 33). It is ORDERED that the motion is DENIED.

DONE this 16th day of May, 2008.

                                            /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE