IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERBERT JACK GOLDEN;     )
             )
  Plaintiff,      )
             )
v.            )Civil Action No.:  2:08-cv-70-WKW
             )
SUN LIFE FINANCIAL, INC.;   )
SUN LIFE ASSURANCE COMPANY OF )
CANADA; MCMC, LLC;    )
             )
  Defendants.     )

## PLAINTIFF'S FIRST MOTION TO COMPEL

COMES NOW the Plaintiff, Herbert Jack Golden, and files this First Motion To Compel seeking an order from this Court requiring Defendant MCMC, LLC ("MCMC") to produce all service agreements between MCMC (or any of its subsidiaries or predecessor companies,) and any of the Sun Life Defendants. The contents of any service agreement between MCMC and the Sun Life Defendants is relevant in this Honorable Court's determination of what amount of deference to give Defendants' denial of Plaintiff's claim for Long Term Disability ("LTD") benefits. *See Anderson v. Unum Life Ins. Co. of America*, 414 F. Supp. 2d 1079 (M.D. Ala. 2006). Moreover, MCMC has placed the contents of the services agreement between it and the Sun Life Defendants directly at issue by arguing that

1

it is not a fiduciary to the Plan at issue in this case.  *See* Motion for Summary

Judgment (Doc. No. 18) and Motion for Sanctions (Doc. No. 36).

Plaintiff requested said services agreement with his April 16, 2008

Discovery Requests.  Plaintiff's pertinent Requests for Production are:

> 1.  Produce and identify by Bates number all agreements or service
> agreements between you and any other Defendant, including but not
> limited to, those service agreements governing and/or related to any
> services You provided related in any way to Plaintiff.

> 3.  Produce and identify by Bates number any and all documents that
> describe your responsibilities and compensation governing the terms
> of your services to any Defendant or to individuals referred to you by
> any Defendant as it relates to the services you provided, or arranged to
> be provided, to Plaintiff or any Defendant.

Defendant MCMC has not produced the service agreements responsive to

the request as set forth above – moreover, Defendant MCMC has not produced any

discovery responses.  In fact, MCMC has placed the requested services agreement

directly at issue by arguing in its Motion for Summary Judgment (Doc. No. 18)

and Motion for Sanctions (Doc. No. 36) that it is not a fiduciary to the Plan at

issue.

Plaintiff therefore respectfully requests this Honorable Court grant his First

Motion to Compel and order Defendant MCMC to produce all service agreements,

including any service agreements it may have with the Sun Life Defendants,

governing services provided on the Sun Life Defendants' policies, including the policy at issue in this case.

/s/ Jenifer Champ Wallis
One of the Attorneys for Plaintiff

**OF COUNSEL:**
Thomas O. Sinclair
Jenifer Champ Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
T: (205) 803-0051
F: (205) 803-0053

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 29th day of May, 2008, a copy of the foregoing was filed electronically using this Court's electronic filing system. Notice of this filing is due to be served by operation of the Court's electronic filing system to the following parties indicated on the electronic filing receipt as participants in the Courts CM/ECF system:

David B. Hall
Julie C. Metheny
BAKER DONELSON
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203

Christopher Morris
BAKER DONELSON
One American Place
301 North Main Street, Suite 810
Baton Rouge, Louisiana 70825

Steven F. Casey
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2700
Birmingham, Alabama 35203


/s/ Jenifer Champ Wallis
Of Counsel