IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HERBERT JACK GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-070-WKW |
| | ) | |
| SUN LIFE FINANCIAL, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon of review and consideration of *Plaintiff's First Motion to Compel* (Doc. 38, filed May 29, 2008), it is **ORDERED** that Defendant MCMC, LLC show cause why this motion should not be granted on or before **June 9, 2008**.

DONE this 2nd day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE