IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-070-WKW |
| | ) |
| SUN LIFE FINANCIAL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is *Plaintiff's First Motion to Compel* (Doc. 38, filed May 29, 2008), the *Memorandum of Defendant MCMC LLC in Opposition to Plaintiff's First Motion to Compel* (Doc. 40), and *Sun Life's Motion for Protective Order* (Doc. 41, filed June 5, 2008).

The District Court issued a Show Cause Order on April 17, 2008 wherein it ordered: (1) the parties to show cause why the case should not be decided on the pleadings, briefs, and exhibits, and (2) the plaintiff to show cause why discovery is needed, what information the plaintiffs expect to obtain from discovery and what type of discovery is needed. *See* Doc. 26. The responses were due May 1, 2008. *Id*. Implicit in that order is a stay on discovery until the Court renders a decision on whether discovery is appropriate. The Court has not yet issued a ruling on that matter.

Thus, to be clear, it is hereby **ORDERED** that all discovery is **STAYED** pending a ruling by the District Court on whether discovery is appropriate in this case. Consequently,

*Sun Life's Motion for Protective Order* (Doc. 41) is **GRANTED** and *Plaintiff's First Motion to Compel* (Doc. 38) is **DENIED**.

DONE this 6th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE