IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:08-CV-70-WKW |
| ) | |
| SUN LIFE FINANCIAL, INC.; ) | |
| SUN LIFE ASSURANCE ) | |
| COMPANY OF CANADA; PEER ) | |
| REVIEW ANALYSIS, INC.; ) | |
| MCMC, LLC; and THE SEYDEL ) | |
| COMPANIES EMPLOYEE ) | |
| BENEFIT PLAN, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Without waiving any defenses, procedural or substantive, the undersigned, Christopher L. Yeilding, gives notice of appearance as additional counsel for defendant MCMC, LLC, in the above-captioned case and requests that all pleadings, discovery, and court orders be served on him electronically at cyeilding@balch.com or at the firm address of Post Office Box 306, Birmingham, Alabama, 35201.

Respectfully submitted this 17th day of July, 2008.

/s/ *Christopher L. Yeilding*
_____
One of the Attorneys for MCMC LLC

**OF COUNSEL:**
Steven F. Casey
Christopher L. Yeilding
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Ste. 1500
Birmingham, AL 35203-2015
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com
 cyeilding@balch.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2008, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Thomas O. Sinclair
    Jenifer Champ Wallis
    Campbell, Gidiere, Lee, Sinclair & Williams
    2100-A SouthBridge Parkway, Suite 450
    Birmingham, AL 35209

    David B. Hall
    Julie C. Metheny
    Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
    420 North 20th Street, Suite 1600
    Birmingham, AL 35203

    Christopher Morris
    Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
    One American Place
    301 N. Main Street, Suite 810
    Baton Rouge, LA 70825

    Charles A. Stewart III
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104

    Amelia T. Driscoll
    Bradley Arant Rose & White LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203

                                            */s/ Christopher L. Yeilding*

                                              OF COUNSEL