IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HERBERT JACK GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-070-WKW |
| | ) | |
| SUN LIFE FINANCIAL, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants Sun Life Financial, Inc., and Sun Life Assurance Company have filed a Motion to Reconsider Discovery Order or, in the Alternative, for Protective Order (Doc. # 45), it is ORDERED that the plaintiff shall file a response **on or before August 6, 2008**.

DONE this 30th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE