IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT JACK GOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 2:08-CV-70-WKW |
| | ) |
| SUN LIFE FINANCIAL, INC.; | ) |
| SUN LIFE ASSURANCE | ) |
| COMPANY OF CANADA; PEER | ) |
| REVIEW ANALYSIS, INC.; | ) |
| MCMC, LLC; and THE SEYDEL | ) |
| COMPANIES EMPLOYEE | ) |
| BENEFIT PLAN, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL AS TO DEFENDANT MCMC LLC

Pursuant to Fed.R.Civ. P. 41(a)(1)(A)(ii), the parties stipulate that defendant MCMC LLC ("MCMC") is dismissed as a defendant in this action and that the dismissal is without prejudice.

_____
Steven F. Casey
Christopher L. Yeilding
Balch & Bingham LLP
1901 Sixth Avenue North, Ste. 2700
Birmingham, AL 35203-2015
Telephone: (205) 226-3454
Facsimile: (205) 488-5848

Attorneys for MCMC LLC

_____
David B. Hall
Baker, Donelson, Bearman, Caldwell
& Berkowitz, P.C.
420 North 20th Street, Suite 1600
Birmingham, AL 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
dhall@bakerdonelson.com

Attorneys for Sun Life Assurance
Company of Canada and Sun Life
Financial, Inc.

_____
Thomas O. Sinclair
Campbell, Gidiere, Lee, Sinclair & Williams
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Telephone: (205) 803-0051
Facsimile: (205) 803-0053
tsinclair@cgl-law.com

Attorneys for Herbert Jack Golden

Dated: August 22, 2008

2

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 22nd day of August, 2008, a copy of the foregoing was filed electronically using this Court's electronic filing system. Notice of this filing is due to be served by operation of the Court's electronic filing system to the following parties indicated on the electronic filing receipt as participants in the Courts CM/ECF system:

David B. Hall, Esq.
Julie C. Metheny, Esq.
BAKER DONELSON
420 North 20th Street, Suite 1600
Birmingham, Alabama  35203

Christopher Morris, Esq.
BAKER DONELSON
One American Place
301 North Main Street, Suite 810
Baton Rouge, Louisiana  70825

Steven F. Casey, Esq.
Christopher L. Yeilding, Esq.
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2700
Birmingham, Alabama  35203

_____
OF COUNSEL