IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HERBERT JACK GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-070-WKW |
| | ) | |
| SUN LIFE FINANCIAL, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Sun Life's *Motion for Protective Order* (Doc. 45, filed July 25, 2008), "Plaintiff's Response to the Motion for Protective Order" (Doc. 51, filed August 6, 2008), *Plaintiff's Second Motion to Compel* (Doc. 47, filed July 28, 2008), and *Plaintiff's Third Motion to Compel* (Doc. 48, filed July 28, 2008).

Pursuant to the District Court's Order denying the Motion for Reconsideration (Doc. 54) and the original Memorandum Opinion and Order (Doc. 43), the Court finds *Plaintiff's Second Motion to Compel* (Doc. 47) seeking Sun Life's Initial Disclosures is due to be **GRANTED**.

Sun Life's *Motion for Protective Order* (Doc. 45), *Plaintiff's Third Motion to Compel* (Doc. 48), and "Plaintiff's Response to the Motion for Protective Order" (Doc. 51) relate to the same discovery - i.e. Interrogatories and Requests for Production. Sun Life requests a general blanket protective order as to all the discovery propounded stating generally the requests are is overbroad. Plaintiff requests the Court to order responses to the discovery

stating the discovery is narrowly tailored and categorizes the requests. At this time, the Court determines it is appropriate that discovery responses be provided to Plaintiff. Therefore, *Plaintiff's Third Motion to Compel* (Doc. 48) is **GRANTED**. Sun Life's *Motion for Protective Order* (Doc. 45) is **DENIED** without prejudice to reassert. Should Sun Life have specific objections to specific discovery requests, the Court will consider each objection, but the Court will not consider a blanket objection to all requests that the discovery is overbroad. The Court reminds Sun Life of the prior ruling that the standard of review will be *de novo* if the Court finds it did not act consistently with the grant of discretion. Discovery shall be consistent with that ruling.

      DONE this 27th day of August, 2008.

/s/ Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES MAGISTRATE JUDGE